IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

| | | |
|---|---|---|
| RUBY L. TOLIVER; | ) | |
| ESTATE OF SAMUEL E. TOLIVER; | ) | |
| JONATHAN CULBERSON; | ) | |
| APRIL HEFLIN; | ) | |
| ESTATE OF JOHNNY LEE PARKS; | ) | |
| DEBORAH A. PIERSON; | ) | |
| LESTER A. PIPPINS; | ) | |
| WALTER PROCTOR; | ) | |
| RAY CHARLES WILLIAMS; | ) | |
| | ) | |
|      Plaintiffs, | ) | |
| | ) | |
|      vs. | ) | CIVIL ACTION |
| | ) | FILE NO. _____ |
| KASIM REED, In his official capacity as | ) | |
| Mayor of the CITY OF ATLANTA; | ) | |
| N. LAMBERT, individually; | ) | JURY TRIAL REQUESTED |
| CHRISTOPHER S. THORNTON, | ) | |
| Individually; | ) | |
| APD OFFICER UNIT 1101, individually; | ) | |
| APD OFFICER UNIT 1103, individually; | ) | |
| APD OFFICER UNIT 1115, individually. | ) | |
| | ) | |
|      Defendants. | ) | |
| _____ | ) | |

Certificate of Interested Persons and Corporate Disclosure Statement

(1)     The undersigned counsel of record for a party to this action certifies

that the following is a full and complete list of all parties in this action,

including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

> Plaintiffs: Ruby L. Toliver; Estate Of Samuel E. Toliver; Jonathan Culberson; April Heflin; Estate Of Johnny Lee Parks; Deborah A. Pierson;  Lester A. Pippins; Walter Proctor; Ray Charles Williams.

> Defendants: N. Lamber; Christopher S. Thronton; three unidentified Atlanta Police Officers; the City of Atlanta, Georgia.

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:
> None

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:
> Daniel J. Grossman, Counsel for Plaintiff

Respectfully submitted this 25th day of July, 2011.


/s/ Daniel J. Grossman
Daniel J. Grossman
Georgia Bar No. 313815
Law Office of Daniel J. Grossman
1579 Monroe Drive, Ste F-138
Atlanta, GA 30324
Dan@DanGrossmanLaw.com
(404) 654-0326

Attorney for Plaintiff