```
 1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF GEORGIA
 2                           ATLANTA DIVISION

 3

 4
    RUBY L. TOLIVER, ET AL.,      ) DOCKET NO. 1:11-CV-2420-WSD
 5                                )
            PLAINTIFFS,            ) ATLANTA, GEORGIA
 6                                 ) JANUARY 26, 2012
         V.                        )
 7                                 )
    KASIM REED, IN HIS OFFICIAL    )
 8  CAPACITY AS MAYOR OF THE CITY  )
    OF ATLANTA, ET AL.,            )
 9                                 )
            DEFENDANTS.            )
10

11
            TRANSCRIPT OF MEDIATION/SETTLEMENT CONFERENCE
12              BEFORE THE HONORABLE WILLIS B. HUNT
                SENIOR UNITED STATES DISTRICT JUDGE
13

14  APPEARANCES OF COUNSEL:

15  FOR THE PLAINTIFFS:              DANIEL J. GROSSMAN

16  FOR THE DEFENDANTS:              ROBERT N. GODFREY

17

18  COURT REPORTER:                  ANDY ASHLEY
                                     1949 U. S. COURTHOUSE
19                                   ATLANTA, GEORGIA  30303-3361
                                     (404) 215-1478
20

21

22  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
    PRODUCED BY COMPUTER.
23

24

25

                        ANDRE G. ASHLEY, O.C.R.
```

```
 1                    P R O C E E D I N G S
 2   (ATLANTA, FULTON COUNTY, GEORGIA; JANUARY 26, 2012
 3   IN OPEN COURT.)
 4            THE COURT:  THIS IS THE CASE OF TOLIVER AGAINST REED
 5   AND OTHERS IN WHICH PRESENTLY HERE TODAY I BELIEVE WE HAVE
 6   EIGHT PLAINTIFFS WHO HAVE BROUGHT A CLAIM AGAINST THE CITY AND
 7   THE POLICE OFFICERS INVOLVED IN A RAID THAT OCCURRED BACK IN
 8   MAY OF 2010.
 9            AFTER A FEW HOURS OF EFFORT AND MEDIATION, THE
10   PARTIES HAVE REACHED A SETTLEMENT IN THE CASE.  THE SETTLEMENT
11   INVOLVES A PAYMENT BY THE CITY OF A TOTAL OF 18,000 DOLLARS TO
12   EACH OF THE PLAINTIFFS WHO IS HERE, AND THAT SETTLEMENT WILL BE
13   ACCOMPLISHED AS SOON AS PRACTICABLE GIVEN THE NEED FOR IT TO GO
14   TO A COMMITTEE, A RECOMMENDATION BY COUNSEL HERE TO GO TO A
15   COMMITTEE AND THEN GO TO A SUCCEEDING MEETING OF THE ATLANTA
16   CITY COUNCIL.
17            I'VE ASKED ALL THE PLAINTIFFS TO BE HERE IN THE
18   COURTROOM WITH US, AND, OF COURSE, THEY'VE PARTICIPATED
19   THROUGHOUT THE MEDIATION PROCESS.
20            DO ALL OF YOU AGREE THAT YOU ARE SETTLING THIS CASE
21   FOR THE GROSS SUM OF 18,000 DOLLARS A PIECE?  IS THERE ANY ONE
22   OF YOU WHO HAS ANY DISAGREEMENT ABOUT THAT NOW?  WE UNDERSTAND
23   THAT'S WHAT EVERYBODY HAS AGREED TO.  I JUST WANT TO MAKE SURE
24   ALL OF YOU AGREE; IS THAT CORRECT?
25            LET THE RECORD SHOW THAT ALL OF THE PLAINTIFFS
```

1  PRESENT HERE HAVE AGREED TO THAT.
2          MR. GROSSMAN, IF YOU WOULD, I WOULD LIKE FOR YOU JUST
3  TO RECITE THE TERMS OF THE SETTLEMENT AND THE PROCEDURE THAT
4  WILL FOLLOW, AND THEN I'LL ASK MR. GODFREY TO RESPOND, IF
5  NECESSARY, TO ANYTHING YOU SAY.  THIS IS FOR THE RECORD OF
6  COURSE.
7          MR. GROSSMAN:  YES, SIR.  THE SETTLEMENT CONSISTS OF
8  A PAYMENT TO EACH OF THE PLAINTIFFS IN TOLIVER VERSUS REED OF
9  18,000 DOLLARS A PIECE WHICH IS INCLUSIVE OF ALL FEES AND
10 COSTS.
11         THE CITY HAS AGREED TO PRESENT THIS SETTLEMENT FOR
12 CONSIDERATION BY THE FULL ATLANTA CITY COUNCIL NO LATER THAN
13 THE SECOND ATLANTA CITY COUNCIL MEETING IN FEBRUARY, AND TO
14 MAKE A CHECK WHICH WILL BE PAYABLE -- ONE CHECK JOINTLY -- WELL
15 I GUESS ONE CHECK TO MY ESCROW ACCOUNT FOR THE GROSS OF THE
16 EIGHT PLAINTIFFS TIMES 18,000 PER PLAINTIFF.
17         THE COURT:  WHAT DOES THAT COME TO, ABOUT 120,000?
18         MR. GROSSMAN:  IF YOUR HONOR WILL INDULGE MY POOR
19 MATH.  144,000 DOLLARS.
20         THE COURT:  OKAY.
21         MR. GROSSMAN:  AND THAT THAT CHECK WILL BE ISSUED NO
22 LATER THAN TEN BUSINESS DAYS AFTER APPROVAL BY THE FULL ATLANTA
23 CITY COUNCIL.
24         THE COURT:  AND YOU WILL GET THE -- OR YOUR PEOPLE
25 WILL SIGN THE RELEASES PRESENTED TO YOU BY THE CITY, AND YOU

                        ANDRE G. ASHLEY, O.C.R.

```
 1  WILL DISMISS THE CASE WITH PREJUDICE FOLLOWING THE PAYMENT OF
 2  THE MONEY.
 3            MR. GROSSMAN:  YES, SIR.  EACH OF THE PLAINTIFFS WILL
 4  SIGN A RELEASE WHICH IS SILENT AS TO LIABILITY NEITHER
 5  ADMITTING NOR DENYING LIABILITY ON THE PART OF THE PLAINTIFFS,
 6  AND THAT THEY WILL DELIVER SIGNED RELEASES TO THE CITY PRIOR TO
 7  THE ISSUANCE OF THE CHECK.
 8            THE COURT:  MR. GODFREY.
 9            MR. GODFREY:  THAT'S THE PROPOSED SETTLEMENT
10  AGREEMENT.
11            THE COURT:  OKAY.  WELL, WE'LL PUT THIS ON THE
12  RECORD, AND WHAT I'M GOING TO DO IS NOTIFY JUDGE DUFFEY THAT A
13  SETTLEMENT HAS BEEN REACHED, AND WE WILL TURN OVER THE MATTERS
14  THAT ARE ON THE RECORD HERE THIS AFTERNOON TO HIM, AND OF
15  COURSE THE CONCLUSION OF IT, THE DISMISSAL OF IT AND ALL WILL
16  BE PRESENTED TO JUDGE DUFFEY TO END THE CASE.
17            ANYTHING ELSE WE NEED TO DO?
18            MR. GROSSMAN:  NO, SIR.
19            THE COURT:  THANK YOU ALL VERY MUCH FOR
20  PARTICIPATING.  WE'LL RECESS AT THIS TIME.
21            (PROCEEDINGS CONCLUDED.)
22
23
24
25

                        ANDRE G. ASHLEY, O.C.R.
```

```
 1
 2                     C-E-R-T-I-F-I-C-A-T-E
 3
 4  UNITED STATES OF AMERICA
 5  NORTHERN DISTRICT OF GEORGIA
 6
 7          I, ANDRE G. ASHLEY, DO HEREBY CERTIFY THAT I AM A
 8  U.S. DISTRICT REPORTER FOR THE NORTHERN DISTRICT OF GEORGIA,
 9  THAT I REPORTED THE FOREGOING AND THE SAME IS A TRUE AND
10  ACCURATE TRANSCRIPTION OF MY MACHINE SHORTHAND NOTES AS TAKEN
11  AFORESAID.
12          IN TESTIMONY WHEREOF I HAVE HEREUNTO SET MY HAND ON
13      THIS 12TH DAY OF FEBRUARY, 2012.
14
15
16
17
18
19                                     ANDRE G. ASHLEY
                                       OFFICIAL COURT REPORTER
20                                     NORTHERN DISTRICT OF GEORGIA
21
22
23
24
25

                          ANDRE G. ASHLEY, O.C.R.
```